NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GROBEST & I-MEI INDUSTRIAL (VIETNAM) CO., LTD., CAM RANH SEAFOODS PROCESSING ENTERPRISE COMPANY, CONTESSA PREMIUM FOODS, INC., H&N FOODS INTERNATIONAL, AMANDA FOODS (VIETNAM) LTD., NHA TRANG FISHERIES JOINT STOCK COMPANY, BAC LIEU FISHERIES JOINT STOCK COMPANY, CAMAU FROZEN SEAFOOD PROCESSING IMPORT EXPORT CORPORATION, CA MAU SEAFOOD JOINT STOCK COMPANY, CADOVIMEX SEAFOOD IMPORT-EXPORT AND PROCESSING JOINT-STOCK COMPANY, CAFATEX FISHERY JOINT STOCK CORPORATION, CANTHO IMPORT EXPORT FISHERY LIMITED COMPANY, C.P. VIETNAM LIVESTOCK CORPORATION, CUULONG SEAPRODUCTS COMPANY, DANANG SEAPRODUCTS IMPORT EXPORT CORPORATION, INVESTMENT COMMERCE FISHERIES CORPORATION, MINH HAI EXPORT FROZEN SEAFOOD PROCESSING JOINT-STOCK COMPANY, MINH HAI JOINT-STOCK SEAFOODS PROCESSING COMPANY, NGOC SINH PRIVATE ENTERPRISE, PHU CUONG SEAFOOD PROCESSING & IMPORT-EXPORT CO., LTD., PHUONG NAM CO., LTD. SAO TA FOODS JOINT STOCK COMPANY, SOC TRANG SEAFOOD JOINT STOCK COMPANY, THUAN PHUOC SEAFOODS AND TRADING CORPORATION, UTXI AQUATIC**

**PRODUCTS PROCESSING CORPORATION, AND
VIET FOODS CO., LTD.,**
*Plaintiffs,*

AND

**MINH PHU SEAFOOD CORPORATION, MINH QUI
SEAFOOD CO., LTD., MINH PHAT SEAFOOD CO.,
LTD., AND NHA TRANG SEAPRODUCT COMPANY,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

AND

**AD HOC SHRIMP TRADE ACTION COMMITTEE,**
*Defendant-Appellee,*

AND

**AMERICAN SHRIMP PROCESSORS
ASSOCIATION,**
*Defendant-Appellee.*

———————————

2013-1033

———————————

Appeal from the United States Court of International
Trade in consolidated case no. 10-CV-0238, Chief Judge
Donald C. Pogue.

———————————

**ON MOTION**

———————————

**O R D E R**

3                                    GROBEST & I-MEI INDUSTRIAL v. US

Upon consideration of Minh Phu Seafood Corporation, Minh Qui Seafood Co., Ltd., Minh Phat Seafood Co., Ltd., and Nha Trang Seaproduct Company's unopposed motion to stay proceedings in this appeal pending this court's decision in *Union Steel v. United States*, No. 2012-1248, ("*Union Steel*"),

IT IS ORDERED THAT:

(1)  The motion to stay proceedings is granted pending this court's final disposition of *Union Steel*. The parties are directed to inform the court within 14 days of the issuance of the mandate in *Union Steel* how they believe this appeal should proceed.

(2)  A copy of this order shall be transmitted to the merits panel in *Union Steel*, 2012-1248, to inform that panel of this related appeal.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s25